**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: TAYLOR, WILLIAM THOMAS | § | Case No. 18-81275 |
| TAYLOR, PATRICIA JOY | § | |
| TOM TAYLOR | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 14, 2018. The undersigned trustee was appointed on June 14, 2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        6,150.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 945.00 |
| Bank service fees | 5.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 5,200.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/15/2018 and the deadline for filing governmental claims was 12/11/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,365.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,365.00, for a total compensation of $1,365.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $182.76, for total expenses of $182.76.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/28/2019          By: /s/JOSEPH D. OLSEN
                              Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-81275  
**Case Name:** TAYLOR, WILLIAM THOMAS  
TAYLOR, PATRICIA JOY  
**Period Ending:** 02/28/19

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 06/14/18 (f)  
**§341(a) Meeting Date:** 07/31/18  
**Claims Bar Date:** 11/15/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  7601 Pomeroy Rd, Rockton, IL 61072-0000, Winneba | 245,250.00 | 0.00 | | 0.00 | FA |
| 2  2004 3500 Chevrolet. Entire property value: $5,0 | 5,000.00 | 0.00 | | 0.00 | FA |
| 3  Jaguar, Old Jaguar (Junked, Does Not Run, Scrap) | 300.00 | 0.00 | | 0.00 | FA |
| 4  Older Household Furnishings & Personal Belonging | 2,000.00 | 0.00 | | 0.00 | FA |
| 5  70" Flatscreen TV, Phone | 800.00 | 0.00 | | 0.00 | FA |
| 6  Stamp Collection | 100.00 | 0.00 | | 0.00 | FA |
| 7  Necessary Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 8  Wedding Bands & Costume Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 9  Cash | 40.00 | 0.00 | | 0.00 | FA |
| 10  Checking: First National Bank | 200.00 | 0.00 | | 0.00 | FA |
| 11  Tire Recycling, Inc.-Business is inactive-Value Eagle Model ETB90 tire baler | 50,000.00 | 30,000.00 | | 6,150.00 | FA |
| 12  Star Used Tire Disposal, Inc.-Business is Inacti | 0.00 | 0.00 | | 0.00 | FA |
| 13  Pension: Citibank, N.A. | Unknown | 0.00 | | 0.00 | FA |
| 14  Pension: Central States Railroad | Unknown | 0.00 | | 0.00 | FA |
| 15  Transamerica Term Life Insurance Policy [No Cash | 0.00 | 0.00 | | 0.00 | FA |
| 16  Transamerica Term Life Insurance Policy: Spouse | 0.00 | 0.00 | | 0.00 | FA |
| 17  Humana Health Insurance Policy: N/A | 0.00 | 0.00 | | 0.00 | FA |
| 18  1993 Trailerman Flatbed VIN 00000000000003190 * (u) (See Footnote) | 0.00 | 1,500.00 | | 0.00 | FA |
| 19  1995 Trailerman Flatbed VIN 00000000000004177 * (u) (See Footnote) | 0.00 | 1,500.00 | | 0.00 | FA |
| 20  2008 Load Max Trailer VIN 5L8GD202281011756 * (u) (See Footnote) | 0.00 | 1,500.00 | | 0.00 | FA |
| 21  2009 Load Max Trailer VIN 5L8GH242891015228 * (u) (See Footnote) | 0.00 | 1,500.00 | | 0.00 | FA |
| 21  Assets   Totals (Excluding unknown values) | $304,390.00 | $36,000.00 | | $6,150.00 | $0.00 |

RE PROP# 18    * See Asset #11 above.  
RE PROP# 19    * See Asset #11 above.

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 18-81275  
**Case Name:** TAYLOR, WILLIAM THOMAS  
TAYLOR, PATRICIA JOY  
**Period Ending:** 02/28/19

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 06/14/18 (f)  
**§341(a) Meeting Date:** 07/31/18  
**Claims Bar Date:** 11/15/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| RE PROP# 20    * See Asset #11 above. | | | | | |
| RE PROP# 21    * See Asset #11 above. | | | | | |

**Major Activities Affecting Case Closing:**

12/31/2018 - The Debtor had a tire recycling business which was inactive and dissolved.  On top of that, in reality, the equipment and machinery was in his individual name -- not in the corporate name.  The Trustee inspected the equipment with his auctioneer.  Depending on the amount the Trustee would receive on the tire baler (original cost was $50,000.00), the file was worth administering.  Sadly at auction, the Trustee only received $1,500.00 at auction for the baler and received various amounts for the individual trailers.  The final report should be on file in the first quarter of 2019.

**Initial Projected Date Of Final Report (TFR):**    March 31, 2019          **Current Projected Date Of Final Report (TFR):**    March 31, 2019

Exhibit B

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 18-81275 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | TAYLOR, WILLIAM THOMAS | | Bank Name: | Rabobank, N.A. |
| | TAYLOR, PATRICIA JOY | | Account: | ******3366 - Checking Account |
| Taxpayer ID #: | **-***4193 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/28/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/20/18 | {11} | Lee Auction Service | 11/17/2018 auction proceeds re sale of (1) 1993 Trailerman flatbed #3190, (2) 1995 Trailerman #4177, (3) 2008 Load Max, (4) 2009 Load Max, and (5) Eagle Tire Baler. | 1129-000 | 6,150.00 | | 6,150.00 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 6,145.00 |
| 12/13/18 | 101 | Lee Auction Service | Pursuant to Order entered 12/13/2018 (Doc 40) | 3610-000 | | 615.00 | 5,530.00 |
| 12/13/18 | 102 | Ellwanger Trucking | 11/10/2018 Invoice for pick up of four trailers and delivery to Boone County Fair Grounds. | 3620-000 | | 330.00 | 5,200.00 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 5,195.00 |
| 01/04/19 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -5.00 | 5,200.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 6,150.00 | 950.00 | $5,200.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 6,150.00 | 950.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $6,150.00 | $950.00 | |

Net Receipts :        6,150.00

Net Estate :        $6,150.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******3366 | 6,150.00 | 950.00 | 5,200.00 |
| | $6,150.00 | $950.00 | $5,200.00 |

{} Asset reference(s)          Printed: 02/28/2019 09:09 AM        V.14.50

# Exhibit "C" - Analysis of Claims Register

## Case: 18-81275    TAYLOR, WILLIAM THOMAS

**Case Balance:** $5,200.00   **Total Proposed Payment:** $5,200.00   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
|  | Attorney Joseph D Olsen <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,581.75 | 1,581.75 | 0.00 | 1,581.75 | 1,581.75 | 3,618.25 |
|  | JOSEPH D. OLSEN <br> <2200-00  Trustee Expenses> | Admin Ch. 7 | 182.76 | 182.76 | 0.00 | 182.76 | 182.76 | 3,435.49 |
|  | JOSEPH D. OLSEN <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 1,365.00 | 1,365.00 | 0.00 | 1,365.00 | 1,365.00 | 2,070.49 |
| 6S | Credibly | Secured | 6,652.98 | 6,652.98 | 0.00 | 6,652.98 | 0.00 | 2,070.49 |
| 12 -2 | New Penn Financial, LLC d/b/a Shellpoint Mortgage | Secured | 200,120.54 | 200,120.54 | 0.00 | 200,120.54 | 0.00 | 2,070.49 |
| 2P | Internal Revenue Service | Priority | 7,752.91 | 7,752.91 | 0.00 | 7,752.91 | 2,070.49 | 0.00 |
| 1 | Discover Bank | Unsecured | 22,638.88 | 22,638.88 | 0.00 | 22,638.88 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | Unsecured | 947.60 | 947.60 | 0.00 | 947.60 | 0.00 | 0.00 |
| 3 | Financial Pacific Leasing, Inc. | Unsecured | 30,319.87 | 30,319.87 | 0.00 | 30,319.87 | 0.00 | 0.00 |
| 4 | Advanta Bank Corporation | Unsecured | 9,592.49 | 9,592.49 | 0.00 | 9,592.49 | 0.00 | 0.00 |
| 5 | Capital One, N.A. | Unsecured | 271.84 | 271.84 | 0.00 | 271.84 | 0.00 | 0.00 |
| 6U | Credibly | Unsecured | 262.50 | 262.50 | 0.00 | 262.50 | 0.00 | 0.00 |
| 7 | SST as servicing agent for CIGPF I CORP | Unsecured | 40,342.73 | 40,342.73 | 0.00 | 40,342.73 | 0.00 | 0.00 |
| 8 | American Express National Bank | Unsecured | 29,856.94 | 29,856.94 | 0.00 | 29,856.94 | 0.00 | 0.00 |
| 9 | American Express National Bank | Unsecured | 10,736.49 | 10,736.49 | 0.00 | 10,736.49 | 0.00 | 0.00 |
| 10 | American Express National Bank | Unsecured | 6,334.21 | 6,334.21 | 0.00 | 6,334.21 | 0.00 | 0.00 |
| 11 | Frontier Communications | Unsecured | 1,582.47 | 1,582.47 | 0.00 | 1,582.47 | 0.00 | 0.00 |
| 13 | Synchrony Bank | Unsecured | 5,055.37 | 5,055.37 | 0.00 | 5,055.37 | 0.00 | 0.00 |
| 14 | PYOD, LLC its successors and assigns as assignee | Unsecured | 5,218.97 | 5,218.97 | 0.00 | 5,218.97 | 0.00 | 0.00 |
| 15 | Law Offices of Shriver, ONeill & Thompson | Unsecured | 25,065.08 | 25,065.08 | 0.00 | 25,065.08 | 0.00 | 0.00 |
| 16 | DeWitt Ross & Stevens S.C. | Unsecured | 31,848.11 | 31,848.11 | 0.00 | 31,848.11 | 0.00 | 0.00 |

# Exhibit "C" - Analysis of Claims Register

## Case:  18-81275    TAYLOR, WILLIAM THOMAS

| **Case Balance:** | $5,200.00 | **Total Proposed Payment:** | $5,200.00 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 18-81275 :** | | **$437,729.49** | **$437,729.49** | **$0.00** | **$437,729.49** | **$5,200.00** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $3,129.51 | $3,129.51 | $0.00 | $3,129.51 | 100.000000% |
| **Total Priority Claims :** | $7,752.91 | $7,752.91 | $0.00 | $2,070.49 | 26.705972% |
| **Total Secured Claims :** | $206,773.52 | $206,773.52 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $220,073.55 | $220,073.55 | $0.00 | $0.00 | 0.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                   Exhibit D

Case No.: 18-81275
Case Name: TAYLOR, WILLIAM THOMAS
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**                           $        5,200.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6S | Credibly | 6,652.98 | 6,652.98 | 0.00 | 0.00 |
| 12 -2 | New Penn Financial, LLC d/b/a Shellpoint Mortgage | 200,120.54 | 200,120.54 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $        0.00
Remaining balance:                       $    5,200.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,365.00 | 0.00 | 1,365.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 182.76 | 0.00 | 182.76 |
| Attorney for Trustee, Fees - Attorney Joseph D Olsen | 1,581.75 | 0.00 | 1,581.75 |

Total to be paid for chapter 7 administration expenses:   $    3,129.51
Remaining balance:                                        $    2,070.49

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:                                            $    2,070.49

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,752.91 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 7,752.91 | 0.00 | 2,070.49 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 2,070.49 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 220,073.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 22,638.88 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 947.60 | 0.00 | 0.00 |
| 3 | Financial Pacific Leasing, Inc. | 30,319.87 | 0.00 | 0.00 |
| 4 | Advanta Bank Corporation | 9,592.49 | 0.00 | 0.00 |
| 5 | Capital One, N.A. | 271.84 | 0.00 | 0.00 |
| 6U | Credibly | 262.50 | 0.00 | 0.00 |
| 7 | SST as servicing agent for CIGPF I CORP | 40,342.73 | 0.00 | 0.00 |
| 8 | American Express National Bank | 29,856.94 | 0.00 | 0.00 |
| 9 | American Express National Bank | 10,736.49 | 0.00 | 0.00 |
| 10 | American Express National Bank | 6,334.21 | 0.00 | 0.00 |
| 11 | Frontier Communications | 1,582.47 | 0.00 | 0.00 |
| 13 | Synchrony Bank | 5,055.37 | 0.00 | 0.00 |
| 14 | PYOD, LLC its successors and assigns as assignee | 5,218.97 | 0.00 | 0.00 |
| 15 | Law Offices of Shriver, ONeill & Thompson | 25,065.08 | 0.00 | 0.00 |
| 16 | DeWitt Ross & Stevens S.C. | 31,848.11 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**