**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:   TAYLOR, WILLIAM THOMAS<br>         TAYLOR, PATRICIA JOY<br>         TOM TAYLOR<br><br>Debtor(s) | Chapter 7<br><br>Case No. 18-81275<br><br>JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 7, 2019, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Darron M. Burke
Barrick Switzer Long Balsley & Van Evera
6833 Stalter Drive
Rockford, IL  61108
dburke@bsblv.com

Patrick S. Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
USTPRegion11.MD.ECF@usdoj.gov

                                   /s/ Colleen M. Lemek



Joseph D. Olsen, Trustee
YALDEN, OLSEN & WILLETTE
1318 East State Street
Rockford, IL 61104-2228
815-965-8635 (phone)
815-965-4573 (fax)
jolsenlaw@comcast.net

Final Report Certificate of Service.wpd

William Thomas Taylor
7601 Pomeroy Road
Rockton, IL  61072

Patricia Joy Taylor
7601 Pomeroy Road
Rockton, IL  61072

Patrick S. Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

Discover Bank
Discover Products Inc.
P.O. Box 3025
New Albany, OH  43054-3025

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101

Financial Pacific Leasing, Inc.
3455 S. 344th Way, Suite 300
Federal Way, WA  98001

Advanta Bank Corporation
Resurgent Capital Services
P.O. Box 10368
Greenville, SC  29603-0368

Capital One, N.A.
% Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

Credibly
1250 Kirts Blvd., Suite 100
Troy, MI  48084

SST as servicing agent for CIGPFI
Corp., Bankruptcy Dept.
4315 Pickett Road
St. Joseph, MO  64503

American Express National Bank
% Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

Frontier Communications
19 John Street
Middletown, NY  10940

New Penn Financial, LLC
% Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC  29603-0826

Synchrony Bank
% PRA Receivables Management
P.O. Box 41021
Norfolk, VA  23541

PYOD, LLC, its successors and assigns of Synchrony Bank
Resurgent Capital Services
P.O. Box 19008
Greenville, SC  29602

Law Offices of Shriver, O'Neill & Thompson
% Donald L. Shriver
515 N. Court Street
Rockford, IL  61103-6807

DeWitte Ross & Stevens S.C.
2 East Mifflin Street, Suite 600
Madison, WI  53703